NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TURNER CONSTRUCTION CO., INC.,**
*Plaintiff-Appellee,*

v.

**UNITED STATES,**
*Defendant-Appellant,*

**and**

**MCCARTHY/HUNT, JV,**
*Defendant,*

**and**

**B.L. HARBERT-BRASFIELD & GORRIE, JV,**
*Defendant-Appellant.*

---

2010-5146, -5158

---

Appeals from the United States Court of Federal Claims in case no. 10-CV-195, Senior Judge Bohdan A. Futey.

---

**ON MOTION**

---

Before PROST, *Circuit Judge.*

## ORDER

B.L. Harbert-Brasfield & Gorrie, JV (Harbert-Gorrie) submits a motion seeking a stay, pending appeal, of the judgment of the United States Court of Federal Claims. Harbert-Gorrie further requests that the court enter an immediate temporary stay pending disposition of its motion.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Turner Construction Co., Inc. and the United States are directed to respond no later than September 27, 2010.

(2) Harbert-Gorrie's request for an immediate temporary stay, pending disposition of its motion for a stay, pending appeal, is denied.

FOR THE COURT

SEP 2 0 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Scott M. McCaleb, Esq.
Mark D. Colley, Esq.
Laurence Schor, Esq.
Anuj Vohra, Esq.

S17

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 0 2010

JAN HORBALY
CLERK